UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**RADIOSURGICAL CENTER OF
MEMPHIS, L.P., d/b/a
MEMPHIS REGIONAL GAMMA KNIFE CENTER,**

   Plaintiff,

v.                                                                                  Cv. No. 15-2709-JTF

**METHODIST HEALTHCARE-
MEMPHIS HOSPITALS; and
THE WEST CLINIC, P.C., d/b/a
WEST CANCER CENTER, CO.,**

   Defendants.

# JUDGMENT

     Decision by Court.   This action came for consideration before the Court.   The issues have been duly considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Joint Motion and Stipulation of Dismissal and the Order of Dismissal with prejudice entered on June 7, 2018.

**APPROVED:**

*s/John T. Fowlkes, Jr.*                                                     THOMAS M. GOULD
JOHN T. FOWLKES, JR.                                                  CLERK
UNITED STATES DISTRICT JUDGE


June 7, 2018                                                                       s/Lorri J. Fentress
DATE                                                                                   (BY) LAW CLERK